# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

WILLIAM M. MCCOOL  
CLERK OF COURT

700 STEWART ST.  
SUITE 2310  
SEATTLE, WA 98101

January 8, 2016

Bobby Lee Dickerson, Jr  
#49628  
SCORE– KING COUNTY  
20817 17TH AVE SOUTH  
DES MOINES, WA 98198

We have received the correspondence relating to your 1983 Civil Rights Complaint. Your case has been assigned Case Number 2:16–cv–00040–MJP–JPD. ***This entire number must appear on all future correspondence with the Court.***

The following deficiencies have been noted:

– Please provide a certified copy of your prison trust account statement showing transactions for the last six months.

Depending on the seriousness of the deficiency, the status of your case could be affected if the deficiencies are not corrected.

Failure to correct these deficiencies could affect the court's ability to serve defendants.

Please note: If your response to this letter is not received by **February 8, 2016**, the action may be subject to dismissal.

***Please return this letter with the corrections to the listed deficiencies.***

cc: file