UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RE:
Pro Se Mr. Bobby Lee Dickerson, Jr.,
U.S.D.C, U.S Marshals,

[FILED / LODGED / RECEIVED — MAIL — JAN 19 2016 — CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON — BY DEPUTY]

V

Satan, et.al,

Defendants/Respondents.

"Motion To Amend"
2:16-cv-00040-MJP-JPD
MY 14th/5th Amendments, C.R.I.P. Act,
1997 (d.), 1997 (c.c.), 18 U.S.C §241,
1990, 18 U.S.C §242, Malicious
Servitude;... - Federal Criminal Procedure 5 (c.c.) Coercion;
"Keeping Our Commissary etc.
from us when our food diet
is to be 2400 calories a day
and is 1500 clearly this is
retaliation and famine forced
an extreme scarcity of food -
violations of our 8th Amendment - Cruel & unusual
inflicted Punishment Excessive bail & bond
NOTED FOR DOCKET: 1-13-2016

Comes Now Pro Se Mr. Bobby Lee Dickerson, Jr., U.S.D.C, U.S Marshals comes before The Honorable United States District Court Western District of Washington At Seattle Issuance with the "Motion To Amend" 2:16-cv-00040-MJP-JPD MY 14th/5th Amendments, C.R.I.P Act, 1997 (d.), 1997 (c.c.), 18 U.S.C §241, 1990, 18 U.S.C §242, Malicious Servitude;... - Federal Criminal Procedure 5 (c.c.) - Coercion, etc.;... "Keeping Our Commissary from us when our food diet is to be 2400 calories a day and is 1500 clearly this is retaliation and famine forced an extreme scarcity of food - violations of our 8th Amendment - Cruel & unusual Punishment Inflicted Excessive bail & bond.

Pro Se Mr. Bobby Lee Dickerson, Jr.,
U.S.D.C, U.S Marshals
Pro Se Mr. Bobby Lee Dickerson, Jr.
U.S.D.C, U.S Marshals

p¹ 1 of 1    1-13-2016

INMATE/RESIDENT MAIL SENT FROM Dickerson, Jr.
SCORE
CORRECTIONAL FACILITY
20817 - 17th Avenue South
Des Moines, WA 98198

SEATTLE WA 980
14 JAN'16
PM 3 L



U.S. POSTAGE >> PITNEY BOWES

ZIP 98198
02 1W
0001397512  $ 000.48⁵
JAN 14 2016

Clerk, U.S.D.C.
U.S.C.H.
700 Stewart Street, Suite 2310
Seattle, WA 98101

98101444285