# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

Attn:

RE: Pro Se Mr. Bobby Lee Dickerson, Jr., U.S.D.C, U.S Marshals, Law Suit Loan Capital, Peach Tree, Plaintiff/Petitioner, Press, JG Wentworth, To World Banks, inc.,

**"Motion To Amend"**
Case # 2:16-cv-00040-MJP-JPO

**"Motion OF Violations"**
MY 14th Amendment Bill of Rights As A U.S Citizen... I Shall Have The Same Rights As Whites And They Shall Not Be Severed. My Civil Federal Rights Are being Severed with fundamental Unfairness with no respect for my citizenship Immunities Clearly I'm under "Imminent Danger"... of retaliation and human trafficking me kidnapping me and I'm black... MY 6th, 1st, 2nd, 4th, 6th, 8th, 13th, 14th/5th, 15th, Title 6 Civil Acts, 28 U.S.C §2241, 28 U.S.C §2254, 18 U.S.C §241, 18 U.S.C §242, 1997(cd.), 1997(cc), Reconstruction-Era Law, Ch. 2-Covert Patrols... And I've sent several kites off to SCORE Records and they keep my kites without responding not once in almost 30 days clearly this is Fed. Criminal procedure 5(c.), Title 6 Civil Acts, Title 7 Civil Acts, Damages-Prison, Intimidation, Suppression, oppression, Coercion, 2 to 5 Annuity structured Illegal wire taps.

Noted For Docket: 1-17-2016

Vs. Renton, WA, Renton Police Dep., Tacoma, WA, To All DMVs, To CIA, Taco Bell, Pepsi, Des Moines, Federal Way, WA, 98023, 351st Place, RJC, 2624 SW, King County, SCORE Snitches, SCORE Computers, SCORE Baliffs, SCORE Media, SCORE Kitchen, Federal Way Police station, To All Jails + Prisons, Western State, Federal Way Municiple Court, To Tabacco Companies, Judge Satan, David A. Larson, SCORE, State OF Washington, Western State Hospital, Puget Sound Mental Health, Cathy C. W-Washington State DMVs, Cambridge, IL Jail, To All DV Advocates in All 50 state's, Mr. Johnson Washington State Private Attorney, Hawkins And Crowford Lawfirms, To All Air Ports, To All U.S State Benches, To All U.S state Prosecutions offices, To All U.S state Prosecutor's Inc., et.al, To Nazi's, Klu Klux Klan, Aryan nation, To All religions, All worldwide Co's, To All Illuminati worldwide, To All Satan Worshippers worldwide, To All cop's worldwide Interpole, ● To World Capital Rome, To All Snitches worldwide, To All World Banks, inc., To All Federal Judges worldwide, To All Defendants/Respondents, Washington state peace officers.

Comes Now Pro Se Mr. Bobby Lee Dickerson, Jr., U.S.D.C, U.S Marshals, Plaintiff/Petitioner, Press Comes before The Honorable United States District Court For The Western District of Washington At Seattle Issuance With This "Motion To Amend" This "Motion OF Violations" To My 14th Amendments Bill OF Rights As A U.S Citizen... I Shall have The Same Rights As Whites And They Shall Not be severed. MY Civil Federal Rights Are being Severed with fundamental Unfairness with no respect for my citizenship Immunities ~~with no respect~~ Clearly I'm under "Imminent Danger"... of retaliation and human trafficking me kidnapping me and I'm black... MY 6th, 1st, 2nd, 4th, 6th, 8th, 13th, 14th/5th, 15th Title 6 Civil Acts, 28 U.S.C §2241, 28 U.S.C §2254, 18 U.S.C §241, 18 U.S.C §242, 1997(cd.), 1997(cc) Reconstruction-Era Law, Ch. 2-Covert Patrols... And I've sent several kites off to SCORE Records and they keep my kites without responding not once in almost 30 days clearly this is Fed. Criminal procedure 5(c.), Title 6 Civil Acts, Title 7 Civil Acts, Intimidation, Suppression, oppression, Coercion, Damages-Prison, Illegal wire Taps... Pro Se Mr. Bobby Lee Dickerson Jr., U.S.D.C, U.S Marshals, Plaintiff/Petitioner, Press

pg. 1 of 1  Date: 1-17-2016  Pro Se Mr. Bobby Lee Dickerson, Jr., U.S.D.C, U.S Marshals, Plaintiff/Petitioner, Press