# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Plaintiff: Mr. Bobby Lee Dickerson, Jr., #49628 BA:

vs.

Defendant(s): Satan, et.al

Case Number: 2:16-cv-00040-MJP-JPD

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS BY A PRISONER BRINGING A CIVIL ACTION**

DO NOT use this form if you are bringing a Petition for Writ of Habeas Corpus.

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) Mr. Bobby Lee Dickerson, Jr. #49628 BA: declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security thereof. The nature of my action is *briefly* stated as follows: Sever Injured Left Shoulder See (2009) BA: Dickerson V Renton Police Department, et.al - Motion For Summary Judgement (2009)

In support of this application, I answer *all* of the following questions:

1. Are you currently incarcerated?

   ☑ Yes   If "Yes" state the place of your incarceration   SCORE

   **You must also attach a certified copy of your prison trust account statement showing transactions for the past six months.**

   ☐ No   If "No" do not use this form.

2. Are you presently employed? ☐ Yes   Employer  N/A    Salary  N/A    ☑ No

3. For the past twelve months, list the amount of money you have received from any of the following sources.

   a. Business, profession or other self-employment                                      $ N/A
   b. Income from rent, interest or dividends                                            $ N/A
   c. Pensions, annuities or life insurance payments                                     $ N/A
   d. Disability, unemployment, workers compensation or public assistance                $ N/A
   e. Gifts or inheritances                                                              $ N/A
   f. Money received from child support or alimony                                       $ N/A
   g. Describe any other source of income   N/A                                          $ N/A

4. List the amount for each of the following (include prison account funds):

Cash on hand $ **N/A**     Checking Account $ **N/A**     Savings Account $ **N/A**

5. Do you own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
If Yes, describe the property and state its approximate value:

☐ Yes
☑ No      **N/A**      $ **N/A**

6. Are any persons dependent upon you for support? If Yes, state their relationship to you, and indicate how much you contribute toward their support each month. (Do not include names of minor children.)

☐ Yes
☑ No      **N/A**      $ **N/A**

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

**N/A**      $ **N/A**

8. Provide any other information that will help explain why you cannot pay court fees and costs.

Can't work sever Injured Left Shoulder see Google's Dickerson v. Renton Police Department, etial (2009) - Motion For Summary Judgement.

I declare under penalty of perjury that the foregoing is true and correct.

1-18-2016      Mr. Bobby Lee Dickerson, jr. / Pro Se
**Executed on: (Date)    Signature of Applicant**

**WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(b)**

I (print your name) Mr. Bobby Lee Dickerson, Jr. / Pro Se
hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

1-18-2016      Mr. Bobby Lee Dickerson, jr. / Pro Se
**Executed on: (Date)    Signature of Applicant**

## ACKNOWLEDGMENT AND AUTHORIZATION

Case Number  2:16-cv-00040-MJP-JPD

    By choosing to bring a civil action, I acknowledge I am responsible for payment of the full $350.00 filing fee under 28 U.S.C. § 1915. I authorize the agency having custody of me to collect from my account and forward to the Clerk of the United States District Court the initial partial filing fee calculated under the Certification and Calculation section and payments pursuant to 28 U.S.C. § 1915(b).

    I understand I am required to make monthly payments of twenty (20) percent of my preceding month's income credited to my account and the agency having custody of me will forward funds to the Clerk of the United States District Court each time the amount in the account exceeds ten ($10.00) dollars until the filing fee is paid in full.

1-18-2016      *Mr. Bobby Lee Dickerson, gr. / Pro Se*
Date                Signature of Applicant

Pro Se Mr. Bobby Lee Dickerson, Jr.           BA#: 49628
Committed Name of Applicant              Inmate Number

"Matrix"

Page 4 of 4

**Order**

Receipt #: BK4977

1st Amendment

← Certified Pro Se Notorized Copy.

South Correctional Entity

01/11/2016 17:37:48
ST 063 | OPR cobra

DICKERSON,
  BOBBY LEE

Name Number :    49628
Date of Birth :     05/07/1981
Location :   N6-04- Bed D - SCORE

| ITEM | QTY | DESCRIPTION | COST |
|------|-----|-------------|------|
| 7001 | 1 | Phone Transfer $1.00 | $1.00 |
| 7002 | 1 | Tablets | $1.00 |
|      |   | Sub Total : | $2.00 |
|      |   | Tax : | $0.00* |
|      |   | Order Total : | $2.00 |

I have checked and received this order with any and
all credits as indicated.

Signed: _____

My 14th/5th Amendments
C.R.I.P Act
And
My Bill of Rights

My 1st Amendment

18 u.s.c §241
18 u.s.c §241

Notorized
↓

1990
Reconstruction-Era Law
1997 (d.), 1997 (cc.)

Pro Se Mr. Bobby Lee Dickerson, Jr., Civil Attorney
Pro Se Mr. Bobby Lee Dickerson, Jr., Civil Attorney

1-18-2016

p's 2 of 2

**SCORE KITE**

DATE: 1-17-2016

FROM: Bobby Lee Dickerson, Jr.

POD: N6    CELL: 04-D

Can I Request A Inmate Certified Stamped trust fund receipt thanks.
Pro Se

Date & Time Received: 1/17/16 @ 2315    Received By: [signature] SS

SCORE437  09/21/2011

pg 1 of 2

Mr. Bobby Lee Dickerson, Jr.
SCORE
20817 - 17th Avenue S
Des Moines, WA 98198

98101344442 0028

Clerk, U.S.D.C.
U.S.C.H.
700 Stewart Street, Suite 2310
Seattle, WA 98101