# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Plaintiff: Mr. Bobby Lee Dickerson, Jr., #49628 BA:

vs.

Defendant(s): Satan, et.al

Case Number: 2:16-cv-00040-MJP-JPD

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS BY A PRISONER BRINGING A CIVIL ACTION**

DO NOT use this form if you are bringing a Petition for Writ of Habeas Corpus.

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) Mr. Bobby Lee Dickerson, Jr. #49628 BA: declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security thereof. The nature of my action is *briefly* stated as follows: Sever Injured Left Shoulder See (2009) (Dickerson v Renton Police Department, et.al - Motion For Summary Judgement (2009))

FILED ___ LODGED ___ RECEIVED MAIL
JAN 21 2016
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

In support of this application, I answer *all* of the following questions:

1. Are you currently incarcerated?

   ☑ Yes   If "Yes" state the place of your incarceration  SCORE

   **You must also attach a certified copy of your prison trust account statement showing transactions for the past six months.**

   ☐ No    If "No" do not use this form.

2. Are you presently employed?  ☐ Yes  Employer  N/A     Salary  N/A     ☑ No

3. For the past twelve months, list the amount of money you have received from any of the following sources.

   a. Business, profession or other self-employment                                 $ N/A
   b. Income from rent, interest or dividends                                       $ N/A
   c. Pensions, annuities or life insurance payments                                $ N/A
   d. Disability, unemployment, workers compensation or public assistance           $ N/A
   e. Gifts or inheritances                                                         $ N/A
   f. Money received from child support or alimony                                  $ N/A
   g. Describe any other source of income      N/A                                  $ N/A

4. List the amount for each of the following (include prison account funds):

Cash on hand $ **N/A**    Checking Account $ **N/A**    Savings Account $ **N/A**

5. Do you own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
If Yes, describe the property and state its approximate value:

☐ Yes
☑ No    **N/A**    $ **N/A**

6. Are any persons dependent upon you for support? If Yes, state their relationship to you, and indicate how much you contribute toward their support each month. (Do not include names of minor children.)

☐ Yes
☑ No    **N/A**    $ **N/A**

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

**N/A**    $ **N/A**

8. Provide any other information that will help explain why you cannot pay court fees and costs.

**Can't work sever Injured Left Shoulder see Google's Dickerson v. Renton Police Department, etal (2009) - Motion For Summary Judgement.**

I declare under penalty of perjury that the foregoing is true and correct.

**1-18-2016**    **Mr. Bobby Lee Dickerson, Jr. / Pro Se**
Executed on: (Date)    Signature of Applicant

### WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(b)

I (print your name) **Mr. Bobby Lee Dickerson, Jr. / Pro Se**
hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

**1-18-2016**    **Mr. Bobby Lee Dickerson, Jr. / Pro Se**
Executed on: (Date)    Signature of Applicant

## ACKNOWLEDGMENT AND AUTHORIZATION

Case Number  2:16-cv-00040-MJP-JPD

By choosing to bring a civil action, I acknowledge I am responsible for payment of the full $350.00 filing fee under 28 U.S.C. § 1915. I authorize the agency having custody of me to collect from my account and forward to the Clerk of the United States District Court the initial partial filing fee calculated under the Certification and Calculation section and payments pursuant to 28 U.S.C. § 1915(b).

I understand I am required to make monthly payments of twenty (20) percent of my preceding month's income credited to my account and the agency having custody of me will forward funds to the Clerk of the United States District Court each time the amount in the account exceeds ten ($10.00) dollars until the filing fee is paid in full.

1-18-2016                         Mr. Bobby Lee Dickerson, Jr. / Pro Se
Date                              Signature of Applicant

Pro Se Mr. Bobby Lee Dickerson, Jr.                    BA#: 496 28
Committed Name of Applicant                            Inmate Number

"Matrix"

**Order**
Receipt # BK4977

1st Amendment

South Correctional Entity ← Certified Pro Se Notorized Copy.

01/11/2016 17:37:48
ST 063 | OPR cobra

DICKERSON,
BOBBY LEE

Name Number : 49628
Date of Birth : 05/07/1981
Location : N6-04- Bed D - SCORE

| ITEM | QTY | DESCRIPTION | COST |
|------|-----|-------------|------|
| 7001 | 1 | Phone Transfer $1.00 | $1.00 |
| 7002 | 1 | Tablets | $1.00 |
| | | Sub Total : | $2.00 |
| | | Tax : | $0.00* |
| | | Order Total : | $2.00 |

I have checked and received this order with any and
all credits as indicated.

Signed: _____

My 14th/5th Amendments
C.R.I.P Act
And
My Bill of Rights

My 1st Amendment

18 u.s.c §241
18 u.s.c §241

1990
Reconstruction-Era Law
1997 (d.) 1997 (cc.)

Notorized
↓

Pro Se Mr. Bobby Lee Dickerson, Jr., Civil Attorney
Pro Se Mr. Bobby Lee Dickerson, Jr., Civil Attorney
1-18-2016

p's 2 of 2

pg 1 of 2

**SCORE**
**KITE**

DATE: 1-17-2016

FROM: Bobby Lee Dickson, Jr.

POD: N6   CELL: 04-D

Can I Request A Inmate certified Stamped trust fund receipt thanks.
Pro Se

Date & Time Received: 1/17/16 @ 2315   Received By: [signature]

SCORE437 09/21/2011

Mr. Bobby Lee Dickerson, Jr.
SCORE
20817 - 17th Avenue S
Des Moines, WA 98198

Clerk, U.S.D.C.
U.S.C.H
700 Stewart Street, Suite 2310
Seattle, WA 98101