UNITED STATES DISTRICT COURT HOUSE
FOR THE WESTERN DISTRICT
WASHINGTON AT SEATTLE

Attn:
RE: PRO SE Mr. Bobby Lee Dickerson, Jr.,
U.S.D.C., U.S Marshals, Congress, Press,
9th Circuit Court of Appeals, Pro Bono Civil Atty
U.S Supreme Court of the United States,
Chicago, Ill, Californias VS New York, Arizona, WA state .com, WA jails + prisons, Federal Way, WA 2624 SW 351st places
King County, SCORE, To All Co., To All U.S.
Police, To All U.S Police Stations, To All Jail Transports,
To All Jail Baliffs, To All SCORE Snitches, To All
State PRO-TEMS, Judge PROTEM Mary E. Lynch,
Case No. 520894360 Case No. 521241080, BA#
49628, City of Federal Way, 98023, Des Moines, WA,
In The Municiple Court of Federal Way State of
Washington, To All Prosecutor's in the states, inc., etal,
Mr. Johnson WA Attorney, Federal Way Municiple
Courtrooms 1,2,3,4,etc,set,etal, To All State's Benches,
Federal Way Police Department, etal, inc., Satan, etal,
To All P.sa's, To All Co.'s, To All State Judges, sound mental
Health, To All States Appointed Lawyers, Trucking co created,
Florida, Missouri, Memphis, Atlanta, Mississippi, Michigan,
Respondents. Rome, World Banks, PPI

Comes Now PRO SE Mr. Bobby Lee Dickerson, Jr., etal
Comes before The United States District Court House For The Western District of
Washington At Seattle Issuance with this Motion to Amend SCORE N6-04/ State Case No.:
BA# 49628/520894360/521241080/2:16-cv-0040-MJP-JPO / McNabb Mallory
Reconstruction-Era Law "Violations of my 13th Amendment   Fruits of The Poisonus Tree"
"Malicious Servitude" My 14th Amendments Bill of Rights, My 1st Amendment,
"My 2nd Amendment, My 2nd Amendment, My 4th Amendment, My 14th/5th Amendment, MY
C.R.I.P Act, My Due Process, My 6th Amendment, My 8th Amendment - Cruel and Unusual
Punishment Inflicted Excessive Bail and Bond, 1997(c.), 1997(d.) Retaliation at
1:30 p.m - 1-26-2016 my CRr.3.3(h.) sense September 16 2015 uptil now 1-27-2016
has been railroaded, because I'm black in this all white municipality with fundamental
unfairness clearly these federal Judges are letting them do whatever with botched cases like
the state cases above clearly this is tyranny, Title 6 Civil Acts, Title 7 civil Acts,
And I see All whites getting out of SCORE Jail than any other race clearly this is
racism. Federal Criminal Procedure 5(c.) - Coercion, Intimidation, suppression,
                                                                              oppression.

PRO SE MR. Bobby Lee Dickerson, Jr., Civil Attorney + Judge
PRO SE MR. Bobby Lee Dickerson, Jr., Civil attorney + Judge

1-27-2016

p's 1 of 1

---

SCORE N6-04
State Case No.: BA#49628/520894360/521241080
2:16-cv-0040

"Motion To Amend" "McNabb Mallory
Reconstruction-Era Law "Fruit of the poisonous tree"
Violations of my 13th Amendment
"Malicious Servitude" MY 14th Amendments
MY 1st Amendment, MY 2nd Amendment, Bill of Rights
MY 4th Amendment, MY 14th/5th Amendment,
C.R.I.P Act, MY Due Process, 6th Amendment,
MY 8th Amendment - Cruel and Unusual Punishment
Inflicted Excessive Bail and Bond, 1997(c.), 1997(d.)
Retaliation at 1:30 p.m - 1-26-2016 my CRr.3.3(h.)
sense September 16 2015 uptil now 1-27-2016
has been railroaded, because I'm black in this
all white municipality with fundamental unfairness
clearly these federal Judges are letting them
do whatever with botched cases like the state cases
above clearly this is tyranny, Title 6 Civil Acts
Title 7 Civil Acts, And I see All whites getting
out of SCORE Jail than any other race clearly this
is racism. Federal Criminal Procedure 5(c.) - Coercion, Intimidation, suppression, oppression.
Noted For Docket: 1-27-2016

FILED LODGED RECEIVED MAIL
JAN 28 2016
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

Mr. Barry Lee Dickerson, Jr.
SCORE
63517-174
Des Moines, WA 98198

Clerk, U.S.D.C.
U.S.C.H
700 Stewart Street, Suite 2310
Seattle, WA 98101

U.S. POSTAGE PITNEY BOWES
ZIP 98198
02 1W
0001397512 JAN 27 2016
$000.92