UNITED STATES DISTRICT COURTHOUSE FOR THE WESTERN DISTRICT OF WASHINGTON

FILED ___ LOGED ___ RECEIVED ___ **MAIL** AT SEATTLE

FEB 01 2016

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

Attn:
"RE:" PRO SE MR. Bobby Lee Dickerson, JR., Civil Attorney & Judge, U.S.D.C, U.S Marshals, 9th Circuit Court Of Appeals, U.S Supreme Court Of The United States, F.B.I, To All Worldwide Federal Prosecutors Inc., et.al, To D.O.J, To All ATF, To U.S Elite Of The Elite Special Forces Navy Seals Rekon, Press, Congress, Plaintiff's/Petitioner.

vs.

Satan, et.al, Federal Way, WA, Tacoma, WA, To All 50 states, To All State Judges, To All State Prosecutors, To All State Appointed Attorneys, To All State PRO TEM's, To All State Jails & Prison-s, To All Worldwide Interpole Police, To All State Benches, To All Counties, To All Co.'s SCORE Kitchen, SCORE snitches, To All Police Cars, To All SWAT, To All Respondents/Defendants, Chamber of commerce, K9 dog.

P.R.P DA# 496028/5Z0894360/- "Personal Restraint Petition 5Z124/080 2:16-cv-0040-MJP-JPD "Inviolations Of The R.I.C.O Act" "Reconstruction-Era Law" 1990
Racketeering | 18 U.S.C §241
Influenced | 18 U.S.C §242
Corruption | Federal Criminal Procedure 5(c.) Coercion, Intimidation, Oppression, Suppression
Organization | Article VIII Hearse
28 U.S.C §2241 | State And Federal
28 U.S.C §2254 | Evidence Book
McNabb Mallory | kidnapping Human Trafficking
Fruits Of The Poisonous Tree
Malicious Servitude | Destroying Corporate Papers
1997(d.) - Prohibition Of Retaliation
my 1st, 2nd, 4th, 5th, 6th, 8th, 14th/5th, 13th, 15th
1997(cc.) - Intervention In Action, Amendments, Imminent Danger, Mental Anguish, Title 6 Civil Acts, Title 7 Civil Acts, Ch. 2 Covert Patrols - my 14th Amendments Bill of Rights
Noted For Docket. 1-27-2016

Comes Now PRO SE MR. Bobby Lee Dickerson, JR., Civil Attorney & Judge, et.al Comes before The Honorable United States District Courthouse For The Western District Of Washington At Seattle Issuance with this "P.R.P"- Personal Restraint Petition" 2:16-cv-0040-MJP-JPD "Inviolations Of The R.I.C.O Act" "Reconstruction-Era Law" 1990 "Racketeering Influenced Corruption Organization 28 U.S.C§2241/28 U.S.C§2254, 18 U.S.C§241, 18 U.S.C§242, Federal Criminal Procedure 5(c.c.)-Coercion, Intimidation, Oppression, Suppression, Article VIII Hearse State And Federal Evidence Book, McNabb Mallory Fruits Of The Poisonous Tree, Malicious Servitude, Kidnapping, Human Trafficking, Destroying Corporate Papers, 1997(d.)-Prohibition Of Retaliation, My 1st, 2nd, 4th, 5th, 6th, 8th, 14th/5th, 13th, 15th Amendment 1997(cc)-Intervention In Action, Imminent Danger, Mental Anguish, Title 6 Civil Acts, Title 7 Civil Acts, Ch.2 Covert Patrols, My 14th Amendments Bill Of Rights.

PRO SE MR. Bobby Lee Dickerson, Jr., Civil Attorney & Judge
*PRO SE MR. Bobby Lee Dickerson, Jr., Civil Attorney & Judge* (signature)

1-27-2016

p's 1 of 1

MR. Bobby Lee Dickerson, Jr.
INMATE MAIL SENT FROM A
SCORE REGIONAL FACILITY
KING County
20817 17TH AVE SOUTH
DES MOINES, WA 98198

SEATTLE WA 980
28 JAN 2016 PM

Clerk, U.S.D.C.
U.S.C.H
700 STEWART STREET, SUITE 2310
SEATTLE, WA 98101