UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOBBY LEE DICKERSON JR, <br><br> Plaintiff, <br><br> v. <br><br> LNG/KING BIZ, et al. <br><br> Defendants. | CASE NO. C16-40 MJP-JPD <br><br> ORDER WITHDRAWING REFERENCE AND TRANSFERRING CASE |

This matter has been referred to the Honorable Magistrate Judge James P. Donohue. IT IS ORDERED that the referral is hereby WITHDRAWN and that this matter is TRANSFERRED to the Honorable United States District Court Judge Richard A. Jones.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 2nd day of February, 2016.

Marsha J. Pechman
United States District Judge

ORDER WITHDRAWING REFERENCE AND
TRANSFERRING CASE- 1