Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOBBY LEE DICKERSON, JR.,

    Plaintiff,

v.

LNG/KING BIZ, *et al.*,

    Defendants.

No. C16-40RAJ

MINUTE ORDER REFERRING CASE TO MAGISTRATE JUDGE

The following Minute Order is made by direction of the Court, the Honorable Richard A. Jones, United States District Judge:

This matter is hereby referred to Magistrate Judge Mary Alice Theiler for all purposes.

DATED this 11th day of February, 2016.

WILLIAM M. McCOOL,
Clerk of the Court

   */s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones