UNITED STATES DISTRICT COURT HOUSE FOR THE WESTERN DISTRICT OF WASHINGTON SEATTLE

2:16-cv-0040-MJP-JPD

BAI# 49628 / Case No. 520894360 / Case No. 52241080

"Attn:"
"RE:" Mr. Pro Se Mr. Bobby Lee Dickerson, Jr., Civil Attorney, To All U.S Bank's, Inc., To All Peach Tree Companies, To All JG Wentworth Companie's, Inc., et.al, To All Lawsuit Loan Companie's, Inc., U.S.D.C, U.S Marshals, Internal Affairs, Military Police, To All Federal Prosecutor's Worldwide, Elite Of The Elite Navy Seal's U.S Marines, To All check cashing places, To The U.S Treasury, To The President OF The United States OF America, Plaintiff's / Respondents,
vs.
Judge David A. Larson, In the Municiple Court of SCORE Video Court (PTR) Courtroom 3, Federal Way State of Washington, Courtroom 2 and Courtroom 1, To All Federal and State Benches, Inc., To All State's Prosecutor's, Inc., To All peace state officers, To All States Supreme Courts, To All States Municiple Courts, Federal Way Police Department et.al, Inc., To All States Court Baliff's, To All state prosecution's Attorney's Office's, Inc., To All Illuminoti, Inc., et.al, To Satan, To Rome world's Capital, Inc. et.al,
Defendants / Respondents. To All Jurors, Inc. et.al.

"Motion OF Violations OF "14th Amendments Bill of Rights" Our Civil Rights Shall Not Be Severed;... And they are being severed with fundamental Unfairness with major breeching of Federal & State Federal Contracts Title 6 Civil Acts And Title 7 Civil Acts, Mental Anguish 1997 (d.), 1997 (c.), 18 U.S.C § 241 - 18 U.S.C § 242 Damages - Punitive Damages, 1990, Reconstruction-Era Law, Annuity Structured Settlements, Peach Tree, JG Wentworth, Lawsuit Loan Capital, My 1st, 2nd, 4th, 5th, 6th, 8th, 13th, 14th/5th, 15th C.R.I.P Act Civilized Rights of The Institutionalized Persons Act, Malicious Servitude from this botched frivolous, Superflous cases lack of witnesses and they are being coerced Federal Criminal Procedure 5(c.) Oppression, Illegal Wire Taps. Coercion, Intimidation, Suppression, Noted For Docket: 1-18-2016

Comes Now "Attn:" "RE:" Mr. Pro Se Mr. Bobby Lee Dickerson, Jr., Civil Attorney, Et. Al Comes before The Honorable United States District Court House For The Western District OF Washington At Seattle Issuance with this "Motion OF Violations OF "14th Amendments Bill of Rights Our Civil Rights Shall Not Be Severed;... And they are being severed with fundamental Unfairness with major breeching of Federal & state Federal Contracts Title 6 Civil Acts And Title 7 Civil Acts, Mental Anguish 1997 (d.) 1997 (c.), —18 U.S.C § 242— ,1990, - Reconstruction-Era Law, Annuity Structured Settlements, Peach Tree, JG Wentworth, Lawsuit Loan Capital, My 1st, 2nd, 4th, 5th, 6th, 8th, 13th, 14th/5th, 15th C.R.I.P Act - Civilized Rights of The Institutionalized Persons Act, Malicious Servitude from this botched Frivolous, - Superflous cases lack of witnesses and they are being coerced Federal Criminal Procedure 5(c.) Coercion, Intimidation, Suppression, Oppression, Illegal Wire Taps.

Mr. Pro Se Mr. Bobby Lee Dickerson, Jr., Civil Attorney, Et. Al
Mr. Pro Se Mr. Bobby Lee Dickerson, Jr., Civil Attorney, Et. al

P's 1 of 1 1-18-2016

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

"Petitioner's"
ATTN:
"King Biz Thelastdonjr" Network's
RE: Pro Se Mr. Bobby Lee Dickerson, Jr.
Pro Bono Civil Attorney's, cheif U.S. Treasury, To C.I.A cheif, U.S Supreme Court Justices, To All U.S. Marshals, To Press, To All News, To All movie producers, Harvard Law School Professors, United States Shane Rodrigues, Patrick M. Kindness, David Pierce, Mint Department, Peach Tree, JG Wentworth, Mohamed Tayib, O.O, To All Health Departments, All Civil Lawsuit Loan Companies, To All To All TV Network's and series, Aaron Lukkasson, Gary Mckay, World Bank's Inc., To All State & Federal Jacob Brown, Private Lawfirms, To All Federal Civil Scott Fittings, Shane Toney, Jason Richardson, Attorneys Private or Appointed, To All NAACP, Shane E. Simmons, To All A.C.L.U Lawyers, To The President of The United States of America, U.S.O.C, Dimitriy A. Golodyuk, To All 13 Circuit Court of Appeals, To U.S Supreme Court of The United States, Plaintiff's Joseph T. Conniff, Robert A. Miller, Ross Charise, Beaujumyou Hanson, Adam Bagwell, John L Wiggins, Plaintiff's State of Washington, To All State Prosecutors, To All State Judges, To All State Benches, To All U.S State Co's, D.V. Inc. To All State Police, To All States Co's, **Defendants/Respondents** To All state supreme court

2:16-cv-0040-MJP-JPD
"Imminent Danger" "Estell v Gamble"
And We Won't To Be ~~███~~
Pardonable Too.
"CLASS ACTION"
Federal Criminal Procedure 5(c.)-Coercion, etc.
Intimidation, suppression, oppression, Illegal wire Taps
**Motion OF VIOLATIONS**
"Treason" "1940" Marshal To Obey Abolished,-
OUR 4th Amendment
"Title 6 Civil Acts" 18 u.s.c § 1995,-
Illeagal Search And Seizure
"Tyranny,-1-15-2016-4:40p.m"
"Reconstruction-Era Law"-
And we wont credit on our American Express Black Cards Too;
Takes Away Government Immunities
and Government Officials Immunities...
1997(d.) 1997(c.)
Our 6th Amendment, "years"
Our 1st, 14th/5th, 6th, 4th, 2nd, 8th, 13th,... Our 14th Amendments Bill of Rights Title our U.S Citizenship shall not be severed 7 civil and it is with fundamental unfairness... Acts mental Anguish, Personal Injury, our 1 Amendment.
**Noted For Docket: 1-16-2016**

Comes Now King Biz Thelastdonjr's Networks/Pro Se Mr. Bobby Lee Dickerson, Jr. Civil Lawfirms, et.al
Comes before The Honorable United States District Court Western District of Washington At Seattle
Issuance with this "Class Action" "And We ~~████~~ Want To Be Pardonable Too..." Federal Criminal Procedure 5(c.) Coercion, etc., Intimidation, suppression, oppression, Illegal Wire Taps
"Motion OF Violations" "Treason" "1940" Marshal To Obey Abolished,- Our 4th Amendment "Title 6 Civil Acts" 18 u.s.c § 1995,- "Illeagal Search And Seizure" Tyranny,-1-15-2016 4:40p.m. "Reconstruction-Era Law"- And we wont credit on our American Express Black Cards Takes Away Government ~~████~~ Immunities and Government Officials Immunities Too.- 1997(d.) 1997(c.) ~~████~~ Punitive Damages, ~~████~~, our 1st, 14th/5th, 6th, 4th, 2nd, 8th, 13th,... Our 14th Amendments Bill of Rights Our U.S Citizenship shall not be severed, and it is with fundamental unfairness... mental Anguish, Personal Injury, Our 1st Amendment, Title 7 civil Acts, Our 6th Amendment, 28 u.s.c § 2241, Imminent Danger.

King Biz Thelastdonjr" Network's/Pro Se Mr. Bobby Lee Dickerson, Jr. Civil
Lawfirm's, et.al
*King Biz Thelastdonjr" Network's/Pro Se Mr. Bobby Lee Dickerson, Jr. Civil Lawfirm, et.al*

P's 1 of 1     "The Lord Reigns"     "1-16-2016"

UNITED STATES DISTRICT COURTHOUSE FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

2:16-cv-████-AJP-JPD
Structured Settlement ████ mental Anguish Annuity

"Attn":
"RE": Pro Se Mr. Bobby Lee Dickerson, Jr., Pro Bono Civil Attorneys, To All Movie Producers, U.S.D.C., U.S Marshals, C.I.A, Press, To All Investigative news channels and reporters, Navy Seals Elite of The Elite, F.B.I, Internal Affairs, Peech Tree, JG Wentworth,

Vs.

The Grand Dragon, SCORE Kitchen, Neo Nazi's Arian Nation, Klux Klux Klan, To All States, To All Counties, To All Governor's Inc., SCORE N6 Bunk 10 E, To All Jails and Prisons in the U.S, Oregon State, Judge David A. Larson, To All Washington State State Benches, James Horney, To All Washington State Prosecutor's Inc., et.al, To All Religious Cults, James Honey, Good Ol Girls and Boys Party, Illuminoti, Satan, To All Hate Groups, Defendants, To All Co's, To All Cop's.

Motion OF Violations 1997(d.), 1997(c.), ████, 18 u.s.c §242, 1990 Stalking, Talking bad about me trying to get other people to rise up against me Imminent Danger I'm black and SCORE N6 Bunk 10 E is a Older white man telling me coercing me and everybody we have no rights and he's not stopping and plotting to rob me I've heard him trying to wisper clearly this is retaliation In a subleminal Intimidation, Reconstruction-Era Law, oppression, Suppression.

Noted For Docket: 1-18-2016

Comes Now Pro Se Mr. Bobby Lee Dickerson, Jr., et.al Comes before The Honorable United States District CourtHouse For The Western District of Washington At Seattle Issuance with this "████ ████ mental Anguish Annuity "Motions OF Violations 1997(d.), 1997(c.) ████, 18 u.s.c §242, 1990 "Stalking," Talking bad about me trying to get other people to rise up against me "Imminent Danger" I'm black and SCORE N6 Bunk 10 E is a Older white man telling me coercing me and everybody we have no rights and he's not stopping and plotting to rob me I've heard him trying to wisper clearly this is retaliation In a subliminal Intimidation, - Reconstruction-Era Law, Oppression, Suppression, ████

Pro Se Mr. Bobby Lee Dickerson, Jr., et.al
Pro Se Mr. Bobby Lee Dickerson, jr., Et.al
1-18-2016

P's 1 of 1

UNITED STATES DISTRICT COURT HOUSE FOR THE WESTERN DISTRICT OF WASHINGTON

FILED
LODGED
RECEIVED
MAIL
FEB 09 2016
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

"Attn:"
"Re:" Pro Se Mr. Bobby Lee Dickerson, Jr.,
U.S.D.C.,
U.S Marshals,
9th Circuit Court of Appeals,
United States Supreme Court of America,
Plaintiff,
vs,

To D.O.J., To M.V.S. F.B.I., To Homeland Security, To All Federal and State Jails and Prisons, inc., et.al, To All Congress, Co. Walker, Co. Done, Co. Van Dick, To All Federal and State Private facilities, inc., et.al, SCORE, To All 50 States, To All Co.'s, To All State and Federal Benches, To All U.S Marshals, To All C.I.A., To All Interpole Police Worldwide, inc., et.al, To All State Prosecutors, Police Stations worldwide, inc., et.al, Satan, et.al, To All State Judges worldwide, inc., et.al, To All Federal Judges worldwide, inc., et.al, To All Captains in U.S, To All Lieutenants, To All Sargeants, To All Mayors, Defendants. To All Attorney Generals, To All Governors,

"2:16-cv-0040-MJP-JPD"
"Motion To Amend – Reconstruction Era "Inviolations of:"... Takes away Gov. officials "Retaliation" – 1997 (c.d.) Immunities Law-

Prohibition of Retaliation For me Soforth protecting my 14th/5th Amendments C.R.I.P Act – Civilized Rights of The Institutionalized Persons Act – This Modifies my federal Civil Rights;... My 14th Amendments Bill of Rights I shall have the same rights as whites and my civil rights shall not be severed like they are with malicious servitude, malicious pattern or practice with no due process with fundamental unfairness. Title 6 Civil Acts, Title 7 Civil Acts, Ch. 2- Covert Patrols. 1997(c.d.), 1997(c.c.), 1990, Fed. Criminal Procedure 5(cc), mental Anguish, Imminent Danger
Noted For Docket: 2-1-2016

Comes Now Pro Se Mr. Bobby Lee Dickerson, Jr., Comes before The Honorable United States District Court House For The Western District Of Washington At Seattle Issuance with this "Motion To Amend"- 2:16-cv- 0040-MJP-JPD "Inviolations of"... - Reconstruction-Era Law - Takes Away Government officials Immunities "Retaliation" - 1997(c.d.) Prohibition of Retaliation For me Soforth protecting my 14th/5th Amendments C.R.I.P Act - Civilized Rights of The Institutionalized Persons Act - This Modifies my federal Civil Rights;... - My 14th Amendments Bill of Rights I shall have the same rights as whites and my civil rights shall not be severed like they are with malicious servitude, malicious pattern or practice with no due process with fundamental unfairness. Title 6 Civil Acts, Title 7 Civil Acts, Ch. 2- Covert Patrols. 1997(c.d.), 1997(cc.), 1990, Fed. Criminal Procedure 5(cc), mental Anguish, - Imminent Danger

Pro Se Mr. Bobby Lee Dickerson, Jr.
*Pro Se Mr. Bobby Lee Dickerson, Jr.*
2-1-2016

P's 1 of 1