UNITED STATES DISTRICT COURTHOUSE
FOR THE WESTERN DISTRICT OF WASHINGTON
At SEATTLE

FILED
LODGED
RECEIVED

FEB 03 2016

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
DEPUTY

"Attn":
"Re": Pro Se Mr. Bobby Lee Dickerson, Jr.,
U.S.D.C.,
U.S. Marshals,
9th Circuit Court of Appeals,
United States Supreme Court of Americans,
Plaintiff,
VS.
Satan, et. al,

Defendants.

2:16-cv-0040-MJP-JPD
"MEMORANDUM JUDGMENT ORDER 12/101's..."—

$700,000,000,000,000/— Seven Hundred Trillion Dollars And The relief requested in this Civil Action, etc., 18 U.S.C § 241,— 18 U.S.C § 242, 1990, 1990 7(d.)— 1997(c.c.) Reconstruction-Era Law,— Fed. Criminal Procedure 5(c.c.) Coercion, Intimidation,— Suppression,— oppression, McNabb Mallory Fruits of The Poisonous Tree Pay me now 1990— Marshal To Obey Abolished.
Noted For Docket: 2-8-2016

Comes Now Pro Se Mr. Bobby Lee Dickerson, Jr.
Comes before The Honorable United States District CourtHouse
For The Western District of Washington At Seattle Issuance with this
2:16-cv-0040-MJP-JPD "MEMORANDUM JUDGMENT ORDER 12/101's..."—
$700,000,000,000,000/— Seven Hundred Trillion Dollars And the relief requested in this Civil Action, etc., 18 U.S.C § 241,— 18 U.S.C § 242, 1990, 1997(d.)— 1997(c.c.) Reconstruction-Era Law,— Fed. Criminal Procedure 5(c.c.)— Coercion, Intimidation, Suppression,— oppression, McNabb Mallory Fruits of The Poisonous Tree Pay me now 1990— Marshal To Obey Abolished.

Pro Se Mr. Bobby Lee Dickerson, Jr.
Pro Se Mr. Bobby Lee Dickerson, Jr.
2-8-2016

p 1 of 1

UNITED STATES DISTRICT COURTHOUSE
FOR THE WESTERN DISTRICT OF WASHINGTON
AT
SEATTLE

☐ FILED
☐ LODGED
☐ RECEIVED
**MAIL**

FEB 03 2016

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

"Attn":
"RE": Pro Se Mr. Bobby Lee Dickerson, Jr.,
U.S.D.C.,
U.S Marshals,
9th Circuit Court of Appeals,
United States Supreme Court of America,
　　　　　　　Plaintiff,
　　　　　　　　vs.
　　　Satan, et.al,
　　　　　　　Defendants.

2:16-cv-0040-MJP-JPD

"MOTION TO STRIKE;...
§18.8
Against these Defendants
For Lacking The Time
SCHEDULING ORDER...-
Reconstruction-Era Law, -
18 U.S.C§-241, 18 U.S.C §242, -
1990, 1997(d.) -1997(c.) Fed.
Criminal Procedure 5(c.)"

Noted For Docket: 2-1-2016

Comes Now Pro Se Mr. Bobby Lee Dickerson, Jr.,
comes before The Honorable United States District CourtHouse For The
Western District of Washington At Seattle Issuance with this
2:16-cv-0040-MJP-JPD "MOTION TO STRIKE;...- Against these
Defendants For Lacking The Time SCHEDULING ORDER...-
Reconstruction-Era Law, - 18 U.S.C§-241, 18 U.S.C §242, -1990, 1997(d.) -
1997(c.), Fed. Criminal Procedure 5(c.)

Pro Se Mr. Bobby Lee Dickerson, Jr.
*Pro Se Mr. Bobby Lee Dickerson, Jr.*
2-1-2016

p. 1 of 1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT
SEATTLE

FILED ___ LODGED ___ MAIL ___ RECEIVED

FEB 03 2016

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

"Attn":
"RE": Pro Se Mr. Bobby Lee Dickerson, Jr.,
U.S.D.C.,
U.S Marshals,
9th Circuit Court Of Appeals,
United States Supreme Court of America,

Plaintiff,

VS.

Satan, et. al

Defendants.

2:16-cv-0040-MJP-JPD

"RULE 55. DEFAULT AND JUDGMENT"

$700,000,000,000,000/-

Seven Hundred Trillion Dollars And The Relief Requested in this Civil Action, etc., 18 U.S.C §241, - 18 U.S.C §242, 1990, 1997 (d.), 1997 (c.), Reconstruction-Era Law, Fed. Criminal Procedure 5(c.) - Coercion, Intimidation, - Suppression, oppression, McNabb Mallory Fruits Of The Poisonous Tree and Pay me now 1990 - Marshal To Obey Abolished.

Noted For Docket: 2-8-2016

Comes Now Pro Se Mr. Bobby Lee Dickerson, Jr.
Comes before The Honorable United States District Court House For The Western District OF WASHINGTON At SEATTLE Issuance with this 2:16-cv-0040-MJP-JPD "RULE 55. DEFAULT AND JUDGMENT" $700,000,000,000,000/- Seven Hundred Trillion Dollars And The Relief Requested in this Civil Action, etc.,) 18 U.S.C §241, - 18 U.S.C §242, 1990, 1997 (d.), 1997 (c.) - Reconstruction-Era Law, Fed. Criminal Procedure 5(c.) - Coercion, Intimidation, - suppression, oppression, McNabb Mallory Fruits Of The Poisonous Tree and Pay me now 1990 - Marshal To Obey Abolished.

Pro Se Mr. Bobby Lee Dickerson, Jr.,
Pro Se Mr. Bobby Lee Dickerson, Jr.
2-8-2016

P's 1 of 1