# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOBBY LEE DICKERSON, JR.,

    Plaintiff,

        v.

LNG/KING BIZ, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  C16-0040-RAJ

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is adopted and approved. Plaintiff's complaint and this action are terminated without prejudice for failure to pay the filing fee.

Dated this 22nd day of March, 2016.

WILLIAM M. MCCOOL
Clerk

RHONDA STILES
Deputy Clerk